IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.                                    Magistrate No. 20-mj-371

JOHN CHAPMAN

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1.      Name of Detainee: John Chapman, Inmate No. 192996, Year of Birth: 1980, White, Male.

2.      Detained by:  Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219.

3.      Detainee is charged in the district of Nevada by Complaint, charging detainee with violating Title 18, United States Code, Section 1201(a)(1).

4.      Detainee is presently confined in the Allegheny County Jail, Pittsburgh, Pennsylvania, awaiting a disposition of state charges.

5.      The above case is set for hearing at Pittsburgh, PA on March 2, 2020, at 2:00 P.M., and it shall therefore be necessary for detainee to be present in Court at that time.

*s/ Soo C. Song*
SOO C. SONG
Assistant U.S. Attorney
DC ID No. 457268

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_____                    _____
DATE                                       UNITED STATES MAGISTRATE JUDGE

cc:     United States Attorney